# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDELL COLLINS

NO. 2026 KW 0326

**MAY 4, 2026**

---

In Re:   Cordell Collins, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         05-04-0462.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
the State's answer, relator's traversal, and the commissioner's
report. Supplementation of this writ application and/or an
application for rehearing will not be considered. See Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court, he may
do so without the necessity of obtaining a return date. Any future
filing on this issue must be filed on or before July 9, 2026, and
should include the entire contents of this application, the missing
items noted above, and a copy of this ruling. The party seeking
relief is responsible for filing and attaching all documents and
exhibits in connection with an application for writs. See Uniform
Rules of Louisiana Courts of Appeal, Rule 4-5.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT